# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 13-03082 ABC (JCx) | Date | May 20, 2013 |
|---|---|---|---|
| Title | David Lilly v. Anheuser-Busch LLC et al. | | |

| Present: The Honorable | Audrey B. Collins | | |
|---|---|---|---|
| Angela Bridges | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None Present | | None Present | |

**Proceedings:**  ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION (In Chambers)

Plaintiff David Lilly ("Plaintiff") filed his Complaint in this Court on the basis of diversity jurisdiction. However, Plaintiff has not adequately pled the parties' citizenship.

First, although Plaintiff pleads that he is a "resident" of Los Angeles County, he had not pled his citizenship. Compl. ¶ 2.

Second, as to Defendant Anheuser-Busch LLC, Plaintiff alleges only that its principal place of business is St. Louis, Missouri. Compl. ¶ 1. But Defendant is a limited liability company ("LLC"). For purposes of diversity jurisdiction, a limited liability company, like a partnership, is a citizen of every state of which its owners/members are citizens. <u>Johnson v. Columbia Properties Anchorage, LP</u>, 437 F.3d 894, 899 (9th Cir. 2006). As such, to properly allege diversity jurisdiction, a complaint must state the citizenship of each member of an LLC. Because the Complaint does not allege the citizenship of Defendant's members, the Court cannot determine that is has subject matter jurisdiction over this case.

Accordingly, Plaintiff is hereby **ORDERED to SHOW CAUSE** in writing no later than **Monday, June 3, 2013**, why this Court should not dismiss this action for lack of subject matter jurisdiction. An appropriate response would be a memorandum properly alleging the parties' citizenship, or a First Amended Complaint properly alleging the parties' citizenship. Should Plaintiff fail to file a response by the deadline, the Court will dismiss this case for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

:

Initials of Preparer    AB